## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BRITTNEY ANN DEVAZIER**                                              **PLAINTIFF**

**v.**                                **Case No. 3:23-cv-00075 KGB**

**THE SPRINGS ARKANSAS[1];**
**BATESVILLE HEALTHCARE, LLC**
**d/b/a THE SPRINGS BATESVILLE;**
**BATESVILLE REALTY HOLDINGS, LLC;**
**WELLSPRING HEALTHCARE, LLC;**
**SYNERGY STAFFING, LLC;**
**THE WELLSTONE GROUP, LLC[2];**
**CASA HEALTHCARE LLC;**
**WELLSTONE BATESVILLE**
**MANAGEMENT LLC; JACOB TAUB;**
**ISAAC GUTMAN; CHAIM HERZBERG;**
**ALEXANDER HOFFMAN;**
**and JOHN DOE 1**                                              **DEFENDANTS**

### ORDER

Before the Court is separate defendant Synergy Staffing, LLC's ("Synergy") agreed motion for extension of time to file answer or other responsive pleading (Dkt. No. 9). Synergy requests a 21-day extension, until May 15, 2023, to file its answer or other responsive pleading (*Id.*, ¶ 4). Synergy represents that counsel for plaintiff Brittney Ann Devazier agrees to the requested extension (*Id.*, ¶ 5). For good cause shown, the Court grants the motion (*Id.*). Synergy has until May 15, 2023, to file its answer or other responsive pleading in this case.

It is so ordered this 18th day of April, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge

---

[1] The Court directs the Clerk of Court to change the docket sheet to include the correct name of this defendant, as reflected in plaintiff's complaint (Dkt. No. 1).

[2] The Court directs the Clerk of Court to change the docket sheet to include the direct name of this defendant, as reflected in plaintiff's complaint (Dkt. No. 1).