IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRITTNEY ANN DEVAZIER**                                                  **PLAINTIFF**

v.                       Case No. 3:23-cv-00075 KGB

**THE SPRINGS ARKANSAS;
BATESVILLE HEALTHCARE, LLC
d/b/a THE SPRINGS BATESVILLE;
BATESVILLE REALTY HOLDINGS, LLC;
WELLSPRING HEALTHCARE, LLC;
SYNERGY STAFFING, LLC;
THE WELLSTONE GROUP LLC;
CASA HEALTHCARE LLC;
WELLSTONE BATESVILLE
MANAGEMENT LLC; JACOB TAUB;
ISAAC GUTMAN; CHAIM HERZBERG;
ALEXANDER HOFFMAN;
and JOHN DOE 1**                                                **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 30). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal (Dkt. No. 30). The action is dismissed with prejudice, with each party to bear their own attorney's fees and costs.

It is so ordered this 21st day of August, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge